1  LEO P. CUNNINGHAM, State Bar No. 121605
   LEE-ANNE MULHOLLAND, State Bar No. 243999
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
5  lcunningham@wsgr.com

6  Attorneys for Defendant
   DAVID A. NILSEN
7

8

9                 UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                       SAN JOSE DIVISION

12

13  UNITED STATES OF AMERICA,         ) CASE NO.: 5:09-cr-00895-EJD
                                      )
14                                    ) **STIPULATION AND [PROPOSED]**
           Plaintiff,                 ) **ORDER CONTINUING**
15                                    ) **SENTENCING DATE FROM**
        v.                            ) **FEBRUARY 27, 2012 TO APRIL 2,**
16                                    ) **2012**
                                      )
17  DAVID ARTHUR NILSEN, and          )
    MANOEL ANTONIO ERRICO,            )
18                                    )
                                      )
19         Defendants.                )
                                      )
20

21

22     The United States and the Defendant, David A. Nilsen, through their respective counsel,

23  have agreed to continue the date set for sentencing in this matter from February 27, 2012 to

24  April 2, 2012 at 1:30 p.m., or as soon thereafter as the matter may be heard.  The United States

25  Probation Officer assigned to this matter has been informed of, and assented to, the agreed upon

26  continuance.  The requested continuance is needed because of the unavailability of counsel to

27  prepare sentencing materials in a timely manner for a February 27, 2012 sentencing hearing.

28  The United States Probation Officer notified the Court on February 13, 2012, that this stipulation

would be filed and requested that her final presentence report be due fourteen (14) days prior to the new sentencing date. The parties also respectfully request that their respective sentencing memoranda be due no earlier than seven (7) days from the time the final presentence report is disclosed.

SO STIPULATED.

Dated: February 13, 2012        By: /s/ Leo P. Cunningham
                                    Leo P. Cunningham
                                    WILSON SONSINI GOODRICH & ROSATI
                                    Attorney for Defendant
                                    DAVID A. NILSEN

Dated: February 13, 2012        By: /s/ Jonathan Schmidt
                                    Jonathan Schmidt
                                    ASSISTANT UNITED STATES ATTORNEY

## [PROPOSED] ORDER

At the request of counsel, and with the assent of the Probation Officer, and for good cause shown, sentencing in this matter is hereby continued to April 2, 2012 at 1:30 p.m. The parties shall file their respective sentencing memoranda seven (7) days after the final presentence report is disclosed.

IT IS SO ORDERED.

Dated: February __15__, 2012

THE HON. EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| 1 | **ECF CERTIFICATION** |
| 2 | I, Leo P. Cunningham, am the ECF User whose identification and password are being |
| 3 | used to file this STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENTING |
| 4 | DATE FROM FEBRUARY 27, 2012 TO APRIL 2, 2012.  In compliance with General Order |
| 5 | 45.X.B, I hereby attest that Jonathan Schmidt has concurred in this filing. |
| 6 | Dated:  February 13, 2012             WILSON SONSINI GOODRICH & ROSATI |
| 7 | Professional Corporation |
| 8 | |
| 9 | By:     /s/ Leo P. Cunningham<br>         Leo P. Cunningham |